O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 09-44-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **AMENDED** REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| JOSHUA FOSTER, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On April 17, 2013, this matter came before the Court on Petition on Probation and Supervised Release originally filed on March 19, 2013. Government counsel, Nicholas Trutanich, the defendant and his appointed DFPD attorney, Brianna Fuller Mirchef, were present. The U.S. Probation Officer, Amy Young, was also present.

The defendant admits violation of his supervised release, as stated in allegation 2, 3, and 4 of the Petition filed on March 19, 2013. The Government orally moves to dismiss allegations 1, 5 and 6, which the Court then grants.

The Court further finds that the defendant is in violation of the terms and conditions of his supervised release imposed on November 3, 2009.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby continued under the same terms and conditions previously imposed, with the following added special conditions:

1. Defendant may possess and use only one computer or computer-related device, which has been disclosed to the Probation Officer prior to the first use, which the Probation Office is capable of monitoring via computer monitoring program. Computers and computer-related devices are personal computers, personal data assistants (PDA's), internet appliances, electronic games, cellular telephones, and digital storage media, as well as their peripheral equipment that can access or can be modified to access the internet, electronic bulletin boards, and other computers.

2. Defendant shall not possess any materials, including pictures, photographs, books, writings, drawings, videos, or video games, depicting and/or describing "sexually explicit conduct," as defined at 18 U.S.C. § 2256(2).

3. Defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification systems and shall observe all rules of such program, as directed by the Probation Officer. He shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment. The offender shall not be required to pay the costs of Location Monitoring to the contract vendor.

FILE/DATED: April 23, 2013

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
     Monica Salcido, Deputy Clerk