O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 09-44-CAS |
| Plaintiff, ) | |
| v. ) | REVOCATION OF SUPERVISED |
| JOSHUA FOSTER, ) | RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On September 23, 2013, this matter came before the Court on Petition on Probation and Supervised Release, filed on September 6, 2013. Government counsel, Nicholas Trutanich, the defendant and his appointed DFPD attorney, Brianna Fuller Mirchef, were present. The U.S. Probation Officer, Amy Young, was also present.

The defendant admits violation of his supervised release, as stated in allegations1 through 7 of the Petition filed on September 6, 2013.

The Court further finds that the defendant is in violation of the terms and conditions of his supervised release imposed on November 3, 2009 and April 17, 2013.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked and reinstated under the same terms and conditions previously imposed, with the following additional condition:

- Defendant is ordered to participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath, and/or sweat patch testing, as directed by the Probation Officer. Defendant shall abstain from using illicit drugs and alcohol, and abusing prescription medication during the period of supervision.

FILE/DATED: September 23, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK


By: ___/S/_____
Monica Salcido,  Deputy Clerk

2