O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>JOSHUA FOSTER,<br>    Defendant.<br>_____ | CASE NO. CR09-44-CAS<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

    On December 19, 2013, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on November 12, 2013, November 15, 2013, and December 19, 2013. Government counsel, Nicholas Trutanich, the defendant and his appointed DFPD attorney, Naeun Rim, were present. The U.S. Probation Officer, Amy Young, was also present.

    The defendant admits to allegations 1, 2, 3, 4, 5, and 7, in violation of his supervised release, as stated in the Petitions filed on November 12, 2013, November 15, 2013, and December 19, 2013. The government dismissed allegation 6 of the Petition filed on November 15, 2013. The Court further finds that the defendant is in violation of the terms and conditions of his supervised release imposed on November 3, 2009, April 17, 2013, and September 23, 2013.

    IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of five (5) months. Upon release from imprisonment,

defendant shall be placed on supervised release for a period of forty-four (44) months, under the same terms and conditions previously imposed.

It is further ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, on January 6, 2014.  In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at:  Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

The Court hereby recommends that defendant be designated to a facility in Southern California, or as close thereto as possible.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:     December 23, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
      Catherine M. Jeang,  Deputy Clerk