O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR09-44-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF |
| JOSHUA FOSTER, | ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. | ) | |
| _____ | ) | |

On July 6, 2015 and September 17, 2015, this matter came before the Court on Petition on Probation and Supervised Release originally filed on June 29, 2015. Government counsel, Poonam Kumar, the defendant and his appointed DFPD attorney, Naeun Rim, were present. The U.S. Probation Officer, Helene Hickman, was also present.

The defendant admitted allegation nos. 1, 4, and 5 in violation of his supervised release, as stated in the Petitions filed on June 29, 2015. The Government dismissed allegation nos. 2 and 3 of the Petitions filed on June 29, 2015. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on or around November 3, 2009, April 23, 2013, October 18, 2013, and December 23, 2013.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, that the defendant is to remain on supervised release under the same terms and conditions previously imposed, with the following additional condition:

1  • Defendant shall participate for a period of nine (9) months in a home detention program which may include electronic monitoring, GPS, or automated identification system, and shall observe all rules of such program, as directed by the Probation Officer. He shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment.  During the period of nine (9) month home detention, defendant shall not have access to any computer or computer-related device, which includes personal computers, personal data assistants (PDA's), internet appliances, electronic games, cellular telephones, and digital storage media, as well as their peripheral equipment that can access or can be modified to access the internet, electronic bulletin boards, and other computers.

FILE/DATED:     November 19, 2015

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY GRAY, CLERK


By: ___/S/_____
     Connie Lee,  Deputy Clerk